UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JAMES ANDRUS<br><br>　　　　　Defendant. | CASE NO. CR00-055-MJP<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted an initial appearance on alleged violations of supervised release in this case on July 9, 2010. The United States was represented by Susan Roe, and defendant was represented by Jay Stansell. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about June 7, 2000 on charges of theft and receipt of stolen mail. The Hon. Marsha J. Pechman of this court sentenced defendant to 14 months 24 days in custody, followed by three years of supervised release. Defendant served his initial period of imprisonment, and began supervision.

PROPOSED FINDINGS - 1

## PRIOR VIOLATIONS AND REVOCATIONS

Prior to this proceeding, the court has revoked defendant's supervised release on four separate occasions: in 2003, 2004, 2006 and in April of 2010. Following the most recent revocation, he was sentenced to time served, followed by an additional one year of supervised release.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application dated June 22, 2010, Senior U.S. Probation Officer Jennifer Tien alleged that defendant violated the conditions of supervised release in three respects:

(1)     Absconding from the residential reentry center on June 18, 2010;

(2)     Using alcohol on or before June 18, 2010; and

(3)     Failing to report for urinalysis testing on June 17, 2010.

I advised defendant as to these charges and as to his constitutional rights. He admitted all three alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the three respects alleged, and conduct a disposition hearing. That hearing has been scheduled for August 2, 2010 at 4:30 p.m.

Defendant has been detained pending a final determination by the court.

DATED this 9th day of July, 2010.

John L. Weinberg
United States Magistrate Judge

PROPOSED FINDINGS - 2

cc: Sentencing Judge : Hon. Marsha J. Pechman
    Assistant U.S. Attorney : Susan Roe
    Defense Attorney : Jay Stansell
    U. S. Probation Officer : Jennifer J. Tien

PROPOSED FINDINGS - 3